IN THE UNITED STATES

DISTRICT COURT

FOR THE DISTRICT OF

COLUMBIA

ROBERT 'SOLDIER' HEARD

VS

Case: 1:19-cv-01335
Assigned To : Unassigned
Assign. Date : 5/7/2019
Description: Pro Se Gen. Civ. (F-DECK)

REPUBLICAN PARTY, DEMOCRATIC CONGRESS, THE MEXICANS AND CENTRAL

AMERICANS',

PRESIDENTS AND PEOPLE, HALL COUNTY GOVERNMENT, GAINESVILLE, GA.

GOVERNMENT,

9th CIRCUIT COURT OF APPEALS

COMPLAINT

IF IT PLEASE THE COURT I AM BRIEFLY PLACING BEFORE THE COURT A SITUATION THAT SETFORTH THE ARGUMENT OF THE LEGAL MERIT OF THE UNITED

STATES CONSTITUTION WHERE FELONY ABUSE IS TAKEN AND IS TAKING PLACE TO THE EXTENT OF CONSPIRACY AND DASTARDLY CONSPIRACY AGAINST THIS

NATION, AS WELL AS MYSELF.

I WOULD TO PLACE BEFORE THE COURT THAT THE THEORY THE COURT USES DOES NOT HAVE TO BE THE THEORY I USE TO STATE MY CLAIM. TO MAKE THE

RECEIVED

MAY 0 7 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

HEARD VS MEXICANS AND 9TH CIRCUIT

SHERE EQUATED ESTABLISHMENT OF A SCIENTIFICALLY PROVEN FACT AS A PORTION OF THE EVIDENCE, THAT ALONE ESTABLISHES THE VALIDITY OF A

CLAIM IF THE FACTS SURROUNDING THE MATTER AGREE WITH THE EVIDENCE. A CLIAM IS SETFORTH WHEREBY RELIEF MAY BE GRANTED.

IF IT PLEASE THE COURT THIS IS AN ONGOING EXCURSION, IT STARTED WITH THE ONGOING OF THE DISCOVERY OF MASSIVE THEFT BY THE DEFENDANTS

AFTER A CAREFUL STUDY OF THE SITUATION IT WAS DISCOVERED THE MEXICANS HAD JOINED FORCES WITH SOME PEOPLE OUTSIDE THIS COUNTRY ALONG

WITH SOME INSIDE THIS COUNTRY. WHEN I DISCOVERED THE VAST AMOUNT OF MONEY ALREADY STOLEN I FOUND AS WELL THE CONSPIRACY INVOLVED THE

GOVERNMENTS IN GAINESVILLE,GA. WHEN I FOUND OUT THAT THE MONEY WAS LEAVING AMERICA IN BOXES AND MONEY ORDERS AND VARIOUS OTHER WAYS I

SOUGHT COUNCIL, I FOUND THROUGH GOD, BY PEOPLE LIKE PERRY STONE AND OTHERS THAT THE FIRST THING THAT HAPPENS BEFORE THE FALL OF A NATION

IS THE FINANCES ARE DEPLETED.NOW THE NATION IS FLOODED WITH ILLEGAL IMMIGRANTS. WHICH MEANS NONE OF THEM BROUGHT MONEY, NOR DID THEY HAVE

MONEY.

NOW THAT IS ENOUGH TO ESTABLISH THE FACT THAT THERE IS EVIDENCE OF POTENTIAL OVERTHROW OF THE NATION.

NOW RECENTLY THERE WAS SENT FOR THE ENTIRE CENTRAL AND SOUTH AMERICAN COUNTRIES TO FLOOD THIS NATION AND ASK FOR AMERICAN MONEY TO GO BACK

NOW THE FACT OF THE MATTER IS LAW. THERE IS NO WAY THE LAW CAN BE CHANGED TO MAKE ILLEGAL, LEGAL.NOT PERSON OR THING. THERE IS NO PRIVATE

INTERPRETATION; THAT MEANS THERE CAN BE NONE INTERPRETATION OTHER THAN THE LANGUAGE OF THE STATUE, PROVISION, LAW OR CONSTITUTIONAL DIRI-

VITIVE. THERE CAN BE NO LAW MADE EX POST FACTO; RETROACTIVE LAWS; NO BILL OF ATTAINDER; MAY BE PASSED OR LAWS IMPAIRING THE OBLIGATION OF

CONTRACT OR MAKING IRREVOCABLE GRANT OF SPECIAL PRIVILEGES OF IMMUNITIES SHALL BE PASSED.THAT IS STATE OF GA. CONSTITUTION BILL OF RIGHTS

ARTICLE 1, SECTION 1, PARAGRAPH X; WE KNOW THAT IT ALSO AGREES WITH THE 14th AMENDMENT OF THE UNITED STATES CONSTITUTION.

HEARD VS MEXICANS AND 9TH CIRCUIT

NOW THE SITUATION IS THAT I AM CHARGEING THE DEFENDANTS EACH WITH A CONSPIRACY TO OVERTHROW THIS NATION AND TO COVERUP THE SAME WITH THE

AIDE OF THE HALL COUNTY, AND GAINESVILLE,GA. GOVERNMENTS ACCORDING TO KAUPA VS STATE. TO JUSTIFY THE CONSPIRACY I USE THE U.S. VS. KELLY

RULING, THE RICHARDSON VS FLEMING RULING, THE CARTER VS STATE RULING, THE SALVIN VS CURRY RULING THE GRADDICK RULING. THAT IS THE COMBINATION

OF LEGAL AUTHORITY THAT DISPLAYS THE FACTS OF AS EACH PARTY KNEW THE ESSENTIALS OF THE CONSPIRACY, NO OVERT ACT WAS NECESSARY TO FURTHER THE

CONSPIRACY, THE PARTIES ARE RESPONSIBLE FOR EACH OTHERS ACTS, THE PARTIES CONDUCT ESTABLISHES RELATIONSHIP AND THEREBY ESTABLISHES THE FACT

BY EVIDENCE THE CONSPIRACY EXIST, AND THAT THE INTENT TO COME TO AN UNLAWFUL END EXIST AS WELL. I SUBMIT THAT THE COUNTY OF HALL PERMITTED

ILLEGAL MEXICANS TO BE MARRIED AND DIVORCED WITHIN DAYS TO SETFORTH LEGALITY, WHICH IS ILLEGAL ACCORDING TO LAW. AS STATED AFOREHAND. THE

CITY OF GAINESVILLE,GA. ALLOW THE BUSINESSES AND FACTIONS HERE TO EMPLOY ILLEGAL IMMIGRANTS AND GIVE THEM ILLEGAL PAPERS TO SHOW FOR LICENSE

UNDER THE CRITERIA OF THE LAW HOW DOES ONE HAVE THE LEGAL AUTHORITY TO ALLOW THESE THINGSW.

NOW AFTER WE HAVE BEEN IN SUCH A SITUATION AFTER ALL THIS TIME WE FIND THAT THE DEFENDANTS ARE ACTUALLY CAUSING ME AS WELL AS OTHERS, BUT ME,

TO LIVE IN AN ABUSIVE SITUATION. I HAVE MADE IT A NECESSARY SITUATION TO REPORT TO THE LEGAL ESTABLISHMENTS IN THIS CITY AND COUNTY OF THE

VERY UNNECESSARY PROCEDURE  BEING USED AGAINST ME FOR THE PURPOSE OF COVERING UP THE ABUSE AND CRUEL AND INHUMANE TREATMENT BEING UNLEASED

AGAINST ME IN THIS TOWN AND COUNTY.

BEFORE THE COURT MAKES THE DETERMINATION OF MY NOT SHOW WHAT EACH PERSON DONE THAT IS AN UNNECESSARY EXCURSION BY LAW BECAUSE THEY ARE

ACCUSED OF CONSPIRACY, AND THAT CONSPIRACY IS AS WELL A PART OF THE REASON FOR MY ABUSE. PEOPLE HAVE JOINED WITH THEM ALONG THE WAY SUCH

AS ALL THE ONES THAT THOUGHT THEY WOULD CAUSE ME MORE PROBLEMS BY USEING TECHNIQUES LIKE CYBER TECHNOLOGY, TELEKENESIS, TELEPATHY, ASTRAL

PROJECTION. THAT WHEN I PUT TOGETHER THE PATTERN OF BEHAVIOR THE

HEARD VS MEXICANS AND 9TH CIRCUIT
MEXICANS WERE USEING AGAINST THE U.S. MILITARY AND THE PRESIDENT OF THIS

NATION. AS I SAW THEM BEHIND THE MEMORIAL ON THE OTHERSIDE OF THE ACADEMY STREET AND BRENAU AVENUE. NOW THEY HAD PERVERBIALLY EVERY CON-

FOR CITY AND COUNTY GOVERMENT. THEY ARE ILLEGAL NOW HOW DO YOU KNOW; THANKS FOR THAT QUESTION, I HAVE A NIECE THAT IS SUPPOSEDLY MARRIED TO

ONE. THAT IS HOW I KNOW A LOT OF THINGS THEY TALK. BUT I HAVE NO ASSOCIATION WITH THEM. ILEGAL IS ILLEGAL. IT CAN NOT BE CORRECTED BY A

LAW PASSED. NORTON VS SHELBY COUNTY, 118 U.S. 425 P. 442, "AN UNCONSTITUTIONAL ACT IS NOT A LAW; IT CONFERS NO RIGHTS; IT IMPOSES NO DUTY;

AFFORDS NO PROTECTION; IT CREATES NO OFFICE; IT IS IN LEGAL COMTEMPLATION, AS INOPERATIVE AS THOUGH IT HAD NOT BEEN PASSED."

THEREFORE IF THE CONSTITUTION SAYS IT IS ILLEGAL FOR YOU TO DO THAT TO JUSTIFY THE ILLEGAL EXCURSIONS AND THE PRESENCE OF THESE FACTIONS

THEN WE HAVE THE RULINGS OF THE SUPREME COURT THAT ALIGN WITH THE CONSTITUTION AND GIVES ME THE AUTHORITY TO SAY THE RULING AGAINST THE

PRESIDENT BY THE 9th CIRCUIT OF APPEALS IS ILLEGAL AND NOT AN ERROR. AND CONSTITUTIONALLY MOOT. AND CAN NOT STAND BECAUSE OF THE SUPREME

COURT AND THE AGREEMENT OF PREVIOUS CONSTITUTIONAL MATTERS.IT IS CLEAR AND ESTABLISHED RULE. AND IT CAN NOT BE OVERRIDEN BY A LOWER COURT

RULING.

NOW THE 9th CIRCUIT AND THE MEXICANS ARE INDEED IN A POSITION AGAINST THE LAW.IT IS IMPERITIVE THAT THE ENTIRE PICTURE BE SEEN NOT THE MERE

PORTION THAT HIDES CRIMINAL INTENT TO AT LEAST DO AS MUCH DAMAGE AS POSIBLE. THE FACT OF THE MATTER WE KNOW THAT IRAN IN VERY RECENT DAYS

HAVE THREATENED THE AMERICAN PRESIDENT WITH DEATH. THA LONE SHOWS ONE THING [SOMEBODY WANTS HIM DEAD] IS HE THE ONLY ONE? NOW WHAT IS THE

SITUATION AT HAND. I SAW PUTIN TOUCH TRUMP AS I SAW FRANK AND TRACY AND CRENSHAW TOUCH ME, IT A TRANSFER OF A SPIRIT OF SOME KIND AND IT

COULD BE OF ANY SORT BY JUST BY THE FACT THAT HE DID IT SHOWS ONE THING THEY SEEK TO GAIN CONTROL BY SOME MEANS OF HIS THOUGHTS TO CONTROL

HIS ACTIONS. JUST AS THERE ARE THOSE THAT DO THAT, THERE ARE THOSE THAT KNOW IT WHEN WE IT BECAUSE IT HAS BEEN TRIDE ON US. AND WE CAN PUT

# HEARD VS MEXICANS AND 9TH CIRCUIT

PROTECTION ON OUR PRESIDENT AND MILITARY.BUT THAT IS ONLY THE BEGAINNING THE TAKE OVER IS NOT WHAT YOU THINK IT IS BY WAY OF THE GENETIC

CLIMATIC CHANGE. THEREFORE IT DOES NOT MATTER WHAT HAPPENS IN ANY OTHER MATTER. THE SITUATION IS MERELY ONE DAY IN COURT EXPOSES IT ALL.

THEREFORE I SAY TO THIS COURT I CAN PROVE THAT THE ISSUE IS NOT ONLY LOCAL IT IS AN ISSUE WHERE THIS TOWN TAMPERS WITH MAIL, FEDERAL

WITNESSES USES THE CYBER TECHNOLOGY TO CONTROL THE FACTION OF ASTRAL PROJECTION AND TELEKENESIS,AND TELEPATHY THEY ATTACH TO YOU. IN THE

DENOTATION IT EXPLAINS TO ONE THE FUNCTION OF THE SCIENTIFIC ESSENCE OF THE FACTION, THEREFORE IT IS A VERY PROVEABLE CLAIM, THOSE FACT ARE

ARE EASY TO PROVE.

NOW WHAT WE HAVE ARE MEXICANS BEING HELPFUL FOR ILLEGAL PAPERWORK AND THE CITY AND COUNTY ARE SPONSORING THEM. NOW IT WILL COME OUT TO GREATER

THINGS BY THEM. NOW WHAT WE SEE IS THE THING THAT JOINS THEM TOGETHER IS NOT ONLY THE THEFT OF THE FINANCES THAT ARE EASIER TO TRACE THAN THE

CRIMES THEMSELVES. EACH PERSON WORKED HAND IN HAND WITH THE OTHER TO EFFECT THE INTENT TO ARRIVE AT AN ILLEGAL THERE IS NO LEGAL AVENUE FOR

THAT. EACH DEFENDANT IS CONNECTED BY ACTS OF EACH OTHER FOR THE AIDEING AND ABETTING THE COVER UP OF THE SAME INTENT TO STEAL FINANCES TO

WEAKEN THE ECONOMY OF THIS NATION SO THEY CAN BREAK IT DOWN AND DESTROY IT. KIM HAS MADE THE STATEMENTS OF THIS NATION FALLING FROM THE INSIDE.

THAT IS ONE AGAINST THIS NATION [THERE ARE MANY MORE] ONE AGAINST THE PRESIDENT OF THIS NATION IN THE SAME TIME PERIOD OF FOREIGN DECENT. ALSO

THE PRESIDENT OF MEXICO SAID HE WOULD BE WITH THE PEOPLE OF MEXICO OVER HERE AND THERE. AND THEN THEY SEND FOR ALL OF CENTRAL AND SOUTH AMERICA

THAT ASK FOR MONEY. THAT IS THEIR DREAM [AMERICA]!!!!! THAT IS ALL THEIR DREAM!!!!!!!!!!!!!!!!!

I CONCLUDE BY SAYING THIS COMPLAINT HAS SOME INSIDE HELP AS WELL IT ATTEMPTS TO DEMEAN THE PRESIDENT AND THAT IS TREASON. HE HAS NOT ONLY THE

RIGHT BUT THE RESPONSIBILITY TO KEEP HE AMERICAN PEOPLE SAFE, AND YOU HAVE ALLOWED IT TO GO TO FAR BEFORE YOU ALLOWED THE COURT TO MAKE ANY

HEARD VS MEXICANS AND 9TH CIRCUIT

RATIONAL DECISION BASED THE REAL EVIDENCE, AND NOT RETHORIC. THIS IS NOT A GAME.

I THEREFORE COME TO THIS COURT AND BY WAY OF SOUND AND PERFECT EVIDENCE SCIENTIFICALLY PROVEN AVER THE DEFENDANTS HAVE NOT ONLY CAUSED ME PERSON-

ALLY CAUSED ME YEARS OF ABUSE, AND INHUMANE TREATMENT. KNOWN OF THE TOWN THE CITY AND COUNTY GOVERNMENT.LIVING IN THE STREETS OF GAINESVILEE,GA.

FOR OVER FOUR YEARS, IN RAIN, SNOW, COLD, TORNADOS,YOU NAME IT AGGRAVATED ASSAULTED.

I THEREBY CONCLUDE A CLAIM IS LEGALLY STATED, SUBJECT MATTER JURISDICTION IS EQUATED TO LAW AND THEREBY HAS THE LEVERAGE TO SUPPORT ANY RATIONAL

TRIER OF FACTS VERDICT IN MY FAVOR AS TO RELIEF BEING GRANTED.

RELIEF

IF IT PLEASE THE COURT, IASK FIRST THAT THE 9th CIRCUIT OF APPEALS RULING BE TERMED ILLEGAL AND RENDERED  MOOT. THEN I ASK THAT THE PRESIDENT

OF THIS NATION BE ALLOWED DO HIS JOB UNMOLESTED, DISAGREEMENT IS ONE THING THE ONSURGE OF CONFLICT TO GET HIS MIND OFF OF HIS JOB IS ENTIRELY

SOMETHING THAT HAS A SCHEME ATTACHED TO IT AND I CHARGE THE DEMOCRATIC PARTY AND RESPONSIBLE REPUBLICAN PARTY WITH THE AIDEING AND ABETTING THE

COVER UP AIDE AND ABETTING TO MEXICANS. AND THAT THE TACTICS THEY ARE USEING SHOW THEY AGREE IN DEED WITH KOREAN, IRANIAN PRESIDENTS ABOUT

OUR PRESIDENT. THEREFORE WE FIND TREASON EMERGING. SO IN THE WAIT WE KNOW THERE IS SOMETHING OTHER THAN FOOLISHNESS AT BEY. ANYONE THAT WANTED

ANY EVIDENCE OF SUCH MINUTE DEGREES AS THEY SEEK TAX AND THINGS OF THE MATTER COULD JUST AS WELL GOTTEN THEM A LOT EASIER BEFORE HIS TAKING

OFFICE. IT IS HARRASSMENT AT BEST AND DISTRUBANCE TO AIDE SOMETHING AGAINST HIM CLEARLY SEEN. AND I DESIRE A TRIAL TO DETERMINE BY LAW WHAT IT

IS. IT WILL PROBABLY AIDE MY SITUATION ABOUT LIVING IN THESE STREETS. I ASK FOR THE COURT TO ASSESSANY DAMAGE THAT IS PROPER FROM THIS ORDEAL

THROUGH THE FACTION OF NEWLY AQUIRED EVIDENCE. AND THAT CIVIL ISSUES CAN AND DO TURN AND GIVE CREDENCE TO CRIMINAL BEHAVIOR, AND THE SAYS THE

COURT SHOULD REPORT IT TO A PRESIDING AUTHORITY.

IF INDEED IT PLEASE THE COURT I ASK THE THE IF INDEED AN INVESTIGATION CONCLUDES OR TRIAL THAT THE DEFENDANTS IN OFFICIAL OR INDIVIDUAL CAPACITY

WAS HINDERING JUSTICE THEN I ASK FOR THE APPROPIATE MEASURE BY LAW. I KNOW THA DAMAGES ARE OBTAINABLE AND I SEEK WHAT THE COURT ASSESSES IN THE

FACT OF THE DETERMINATION OF THE COURT.

THE APRIL 10th, 2019
ROBERT 'SOLDIER' HEARD